IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Jennings, | ) | C/A No. 0:19-3284-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Andrew Saul, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). (ECF No. 30); see 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees and expenses in the amount of $4,455.11. The motion was accompanied by a statement of hours and expenses by Plaintiff's attorney which supports the motion. The defendant filed a response indicating that he does not oppose the amount requested by Plaintiff.

The court has reviewed the motion and finds the requested amount reasonable. Accordingly, it is

**ORDERED** that the Plaintiff's request for attorney's fees and expenses pursuant to the EAJA be granted in the amount of $4,455.11. EAJA fees awarded by this court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

_____

February 12, 2021                           Paige J. Gossett
Columbia, South Carolina              UNITED STATES MAGISTRATE JUDGE